Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Hershner Hunter, LLP
675 Oak Street, Suite 400
Eugene, OR 97440-1475
Telephone: (541) 686-8511

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DISTRICT

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE AND MANUFACTURING, INC.; | Case No. 6:26-cv-1394-MTK |
| Plaintiffs, | Plaintiffs PMM Holdings, LLC and Precision Machine Manufacturing, Inc.'s |
| v. | CORPORATE DISCLOSURE STATEMENT |
| WILLIAM W. MEYER AND SONS, INC.; | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff PMM, Holdings, LLC ("PMM Holdings"), states that it does not have a parent company, and no publicly traded corporation owns 10% or more of its stock.  PMM Holdings owns 100% of the shares of Plaintiff Precision Machine and Manufacturing, Inc., and as a limited liability company, PMM Holdings is not publicly traded.

DATED July 8, 2026.

HERSHNER HUNTER, LLP


By  */s/Todd R. Johnston*
Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Of Attorneys for Plaintiffs