UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PMM HOLDINGS, LLC, and PRECISION MACHIN

Plaintiff(s),

v.

WILLIAM W. MEYER AND SONS, INC.

Defendant(s).

Case No.: 6:26-cv-1394

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney Margaret A Gisch requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Defendant William W. Meyer and Sons, Inc.

In support of this application, I certify that: 1) I am an active member in good standing with the Illinois State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: Gisch, Margaret A.
*(Last Name) (First Name) (MI) (Suffix)*

Agency/firm affiliation: Golan Christie Taglia LLP

Mailing address: 70 W. Madison St., Ste. 1500

City: Chicago State: IL Zip: 60602

Phone number: (312) 696-2039 Fax number: (312) 263-0939

Business e-mail address: magisch@gct.law

**(2) BAR ADMISSION INFORMATION**:

**(a)** State bar admission(s), date(s) of admission, and bar number(s):
State of IL Supreme Court, November 9, 1990, 6204431

**(b)** Other federal court admission(s) and date(s) of admission:
U.S. Dist. Court of the Northern Dist. of IL, November 10, 1992

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS**:

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 09/17/2026

Margaret A Gisch
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Jones, Cassie K.
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

OSB number: 083806

Agency/firm affiliation: Gleaves Swearingen LLP

Mailing address: 975 Oak St. #800

City: Eugene State: OR Zip: 97401

Phone number: (541) 686-8833 Fax number: (541) 345-2034

Business e-mail address: jones@gleaveslaw.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:26-cv-1394.

DATED: 09/17/2026.

/s/ Cassie K. Jones
(*Signature of Local Counsel*)

**In re:** MARGARET A. GISCH )
**Name of Out-of-State Attorney** )

# Certificate of Compliance For *Pro Hac Vice* Admission

I, Margaret A. Gisch (print name), am an attorney in the State(s) Illinois and I intend to seek *pro hac vice* admission in accordance with ORS 9.241 and UTCR 3.170 in the following Oregon court action or proceeding:

**Case Name:** PMM Holdings, LLC, et al. v. William W. Meyers and Sons, Inc.

**Court:** U.S. District Court, District of Oregon, Eugene District **Case No.:** 6:26-cv-01394-MTK

I certify that (check all that apply):

[X] I am an attorney in good standing in the following State(s) Illinois, as evidenced by the attached good standing certificates issued by the licensing authority in the state(s).

[X] I am not subject to any pending disciplinary proceedings in any jurisdiction; **or**

[ ] I am subject to pending disciplinary proceedings in another jurisdiction, the nature and status of which are described in an attachment to this certificate.

[X] I intend to associate in the above-referenced action or proceeding with Cassie K. Jones, OSB No. 083806, an active licensee in good standing of the Oregon State Bar, who will participate meaningfully in the matter.

[X] I will comply with applicable statutes, laws, and procedural rules of the State of Oregon; be familiar with and comply with disciplinary rules of the Oregon State Bar; and submit to the jurisdiction of the Oregon courts and Oregon State Bar with respect to acts and omissions occurring during my *pro hac vice* admission.

[X] My private law practice activities in Oregon are covered by professional liability insurance substantially equivalent to the Oregon State Bar Professional Liability Fund plan, as evidenced by the attached certificate of insurance coverage.

[X] I agree, as a continuing obligation of *pro hac vice* admission, to notify the trial court promptly of any changes in my insurance coverage, or my admission or disciplinary status in any other jurisdiction.

[X] I will provide to the Oregon State Bar a copy of the order admitting me *pro hac vice* in the above-referenced matter when such an order is granted. In the event *pro hac vice* admission is revoked for any reason, I will promptly notify the Oregon State Bar.

[X] I submit $750 to the Oregon State Bar (Order no. 428954) as payment of the *pro hac vice* fee established by ORS 9.241 and the rules of the Oregon Supreme Court. I acknowledge that this fee is for a period of twelve months from the date of the Acknowledgment of Receipt issued below, and that an additional fee of $750 will be required in order for me to continue my *pro hac vice* admission in the matter for every twelve-month period thereafter.

Dated this 28th day of August, 2026.

**X** *Margaret A. Gisch*
(Applicant Signature)

Illinois Bar No.: 6204431
(Home Jurisdiction)

Firm Name: Golan Christie Taglia LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602

Phone: (312) 263-2300
FAX: (312) 263-0939
Email: magisch@gct.law

---

## Acknowledgment of Receipt

As Director of Regulatory Services of the Oregon State Bar, I acknowledge receipt from the above-named out-of-state attorney of the Certificate of Compliance for Pro Hac Vice Admission and attachments, and the $750 fee for pro hac vice appearance in the above-referenced Oregon action or proceeding. The fee is for a period of twelve months from the date of this acknowledgment.

Dated this 1st day of September, 20 26.

[X] **SEE MATERIALS ATTACHED:**

*Sarra Yamin*
Sarra Yamin, *Regulatory Counsel*

Note: Professional liability coverage deductible substantially exceeds that of the PLF.

*Oregon State Bar Regulatory Services, PO Box 231935, Tigard, OR 97281-1935*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Margaret A. Gisch

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/1990 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of August, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

GOL C RISTI T GLI LLPGolan

**DATE (MM/DD/YYYY)** 08/27/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**

USI Affinity
510 E. 96th Street, Suite 450
Indianapolis, IN 46240

**CONTACT NAME:** Danielle Garza
**PHONE (A/C, No, Ext):** 317-770-3000 **FAX (A/C, No):** 317-770-3010
**E-MAIL ADDRESS:** danielle.garza@usi.com

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A : | Pennsylvania Manufacturers' Association Ins. Company | 12262 |
| INSURER B : | LLoyds of London | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

**INSURED**

GOLAN | CHRISTIE | TAGLIA LLP
70 W Madison, Ste 1500
Chicago, IL 60602

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** / OCCUR<br>**EXCESS LIAB** / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICE/MEMBER EXCLUDED?<br>**(Mandatory in NH)**<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Lawyers Prof. Liability / E&O (Primary) | | | PL IL 001746 0 25 01 | 10/01/2025 | 10/01/2026 | Per Claim Limit: $8M<br>Aggregate Limit: $8M<br>Deductible: $50k with First Dollar Defense<br>Retroactive Coverage Date: Full Prior Acts | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

**CERTIFICATE HOLDER**

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**

Danielle Garza

© 1988-2010 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

Clear All

# NOTEPAD

PAGE

INSURED'S NAME GOL□□ □C□RISTI□ □T□GLI□ LLP

Date □□□□□□□□□□