Cassie K. Jones, OSB 083806
jones@gleaveslaw.com
Gleaves Swearingen LLP
975 Oak St. #800
Eugene, OR 97401
Telephone: (541) 686-8833

Margaret A. Gisch, Esq. (*Pro Hac Vice pending*) (IL State Bar No. 6204431)
Email: magisch@gct.law
Sarah K. Dunkley, Esq. (*Pro Hac Vice pending*) (IL State Bar No. 6329204)
Email: skdunkley@gct.law
GOLAN | CHRISTIE | TAGLIA LLP
70 W. Madison, Suite 1500
Chicago, IL 60602
Telephone: (312) 263-2300

*Counsel for William W. Meyer and Sons, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGEON

EUGENE DISTRICT

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE AND MANUFACTURING, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC.;<br><br>Defendant. | Case No. 6:26-cv-1394<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant William W. Meyer and Sons, Inc., an Illinois corporation with its principal place of business in Libertyville, Lake County, Illinois, by and though its undersigned counsel, states:

1. William W. Meyer and Sons, Inc., an Illinois corporation, is wholly owned by Meyer Made Holdings, Inc., an Illinois corporation, with its principal place of business in Libertyville, Lake County, Illinois.

2. Meyer Made Holdings, Inc. has no parent corporation and there are no publicly held corporations that own 10% or more of Meyer Made Holdings, Inc.'s stock.

Dated this 21st day of September, 2026.

GLEAVES SWEARINGEN LLP

By: /s/ Cassie K. Jones
Cassie K. Jones, OSB No. 083806
jones@gleaveslaw.com
541-686-8833

*Local Counsel for William W. Meyer and Sons, Inc.*

GOLAN CHRISTIE TAGLIA LLP

By: /s/ Margaret A. Gisch
Margaret A. Gisch, (*Pro Hac Vice pending*)
(IL State Bar No. 6204431)
Email: magisch@gct.law
Telephone: (312) 263-2300

*Counsel for William W. Meyer and Sons, Inc.*