Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Hershner Hunter, LLP
675 Oak Street, Suite 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE AND MANUFACTURING, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC.;<br><br>Defendant. | Case No. 6:26-cv-01394-MTK<br><br>Plaintiffs PMM Holdings, LLC, and Precision Machine and Manufacturing, Inc.'s<br><br>UNOPPOSED MOTION FOR EXTENSION TO SUBMIT RULE 26(f) REPORT |

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiffs PMM Holdings, LLC, and Precision Machine and Manufacturing, Inc. hereby certifies, in accordance with Local Rule 7-1(a), that he has conferred with counsel for Defendant William W. Meyer and Sons, Inc., and Defendant does not oppose this motion.

**MOTION**

Plaintiffs PMM Holdings, LLC, and Precision Machine and Manufacturing, Inc. hereby moves the Court for an extension to confer and submit a Rule 26(f) report. Plaintiffs' counsel has a trial scheduled to begin on October 14, 2026, in the Lane County Circuit Court. Due to the time needed to prepare and conduct that trial and the challenge of coordinating schedules of involved

legal counsel, Plaintiffs request an extension to October 26, 2026, to file the joint Rule 26(f) Report.

DATED October 12, 2026.

HERSHNER HUNTER, LLP

By ***/s/Todd R. Johnston***

Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Of Attorneys for Plaintiffs