Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Hershner Hunter, LLP
675 Oak Street, Suite 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE AND MANUFACTURING, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC.;<br><br>Defendant. | Case No. 6:26-cv-01394-MTK<br><br>JOINT RULE 26(f) REPORT |

Counsel for Plaintiffs PMM Holdings, LLC, and Precision Machine and Manufacturing, Inc., and Defendant William W. Meyer and Sons, Inc. have conferred and jointly submit this Fed. R. Civ. P. 26(f) report and propose the following discovery and pretrial deadlines:

1. Deadline to (1) file all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15; (2) join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19; (3) file all pretrial and discovery motions; (4) complete all discovery; and (5) confer as to Alternate Dispute Resolution pursuant to LR 16-4(c).

Current deadline: November 6, 2026

Proposed deadline: April 30, 2027

2. Deadline to (1) file all dispositive motions, (2) file a Joint ADR Report pursuant to LR 16-4(d); and (3) file a Proposed Pretrial Order pursuant to LR 16-5.

Current deadline: December 7, 2026

Proposed deadline: June 15, 2027

The parties request an extension of the discovery and pretrial deadlines because the parties intend to amalgamate the discovery in this case with two related cases currently pending in Ohio and California and expect that effort to result in efficient use of judicial and party resources. To the extent the approach results in a need to adjust the dates above based upon the related cases, the parties request the court's permission to request another extension of one or more of the dates.

DATED October 23, 2026.

HERSHNER HUNTER, LLP

By ***/s/ Todd R. Johnston***
Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Of Attorneys for Plaintiffs

GLEAVES SWEARINGEN LLP

By ***/s/ Cassie K. Jones***
Cassie K. Jones, OSB 083806
jones@gleaveslaw.com
Of Attorneys for Defendant

GOLAN CHRISTIE TAGLIA LLP

By ***/s/ Margaret A. Gisch***
Margaret A. Gisch, IL State Bar No. 6204431*
magisch@gct.law
Sarah K. Dunkley, IL State Bar No. 6329204*
skdunkley@gct.law
**Admitted Pro Hac Vice*
Of Attorneys for Defendant